### ESTES *v.* WINN.

EVANS, P. J.   1. Specific performance of a contract for the sale of land will not be decreed unless the land which is the subject-matter of the alleged sale is clearly identified in the contract. *Higginbotham* v. *Cooper,* 116 *Ga.* 741 (42 S. E. 1000); *Tippins* v. *Phillips,* 123 *Ga.* 415 (51 S. E. 410).

2. Where the land is described in ·the contract as being "in DeKalb county, being part of land lot #150 and lot 159, containing 160 acres more or less," such description is too vague and indefinite to locate the land. *Luttrell* v. *Whitehead,* 121 *Ga.* 699 (49 S. E. 691); *McSwain* v. *Ricketson,* 129 *Ga.* 176 (58 S. E. 655); *Tippins* v. *Phillips,* 123 *Ga.* 415 (51 S. E. 410).   *Judgment affirmed. All the Justices concur.*
MAY 12, 1911.

Petition for specific performance. Before Judge Pendleton. Fulton superior court.   June 7, 1910.

*Thomas L. Bishop,* for plaintiff.

*Joseph W. & John D. Humphries,* for defendant.